|   |   |   |
|---|---|---|
| | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON | |
| CARLOS SLOAN,<br><br>            Plaintiff,<br><br>      v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>            Defendant. | CASE NO. 2:16-cv-01327 JRC<br><br>ORDER GRANTING STIPULATED MOTION TO REMAND | |

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13. (*See also* Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, Dkt. 5; Consent to Proceed Before a United States Magistrate Judge, Dkt. 6). This matter is before the Court on defendant's stipulated motion to remand the matter to the Acting Commissioner for further consideration (Dkt. 14).

After reviewing defendant's stipulated motion and the remaining record, the Court grants defendant's motion, and reverses and remands this matter to the Acting Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g).

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings. On remand, the administrative law judge will:

- Update and re-evaluate the medical evidence, including the opinions by James Bruckner M.D, and the NW Center for Integrative Medicine.
- Re-evaluate the claimant's symptom testimony and residual functional capacity.
- Re-evaluate the claimant's ability to perform other work, obtaining vocational expert testimony as warranted.
- Offer the claimant the opportunity for a de novo hearing, take further action to complete the administrative record, resolving the above issues, and issue a new decision.

The ALJ will take any other actions necessary to develop the record. Plaintiff may submit additional evidence and arguments to the ALJ on remand.

This case is reversed and remanded on the above grounds pursuant to sentence four of 42 U.S.C. § 405(g), and plaintiff is entitled to reasonable attorney's fees, expenses and costs pursuant to 28 U.S.C. § 2412(d), following proper request to this Court.

Given the facts and the parties' stipulation, the Court hereby orders that the case be **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

Dated this 4th day of January, 2017.

J. Richard Creatura
United States Magistrate Judge